UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

KIRPABAHEN PATEL,

        Plaintiff,          **ECF CASE**

  v.

                                      08 Civ. 1006 (NRB)

ANDREA QUARANTILLO,

        Defendant.          NOTICE OF APPEARANCE

------------------------------------------------------------ x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         February 6, 2008

                                                      Respectfully submitted,

                                                      MICHAEL J. GARCIA
                                                     United States Attorney for the
                                                     Southern District of New York

                                          By:    /s/_____
                                                     KIRTI VAIDYA REDDY
                                                     Assistant United States Attorney
                                                     86 Chambers Street, 3rd Floor
                                                     New York, New York 10007
                                                     Telephone: (212) 637-2751
                                                     Facsimile: (212) 637-2786
                                                     Email: kirti.reddy@usdoj.gov

To:    Spiro Serras, Esq.
        Wilens & Baker, PC
        450 Seventh Avenue
        New York, NY 10123