

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KIRPABAHEN PATEL,

                   Plaintiff,            :      **STIPULATION AND ORDER**

    -against-             :      08 Civ. 01006  (NRB)

                             :      A# 77 899 747
ANDREA QUARANTILLO, District Director,
United States Citizenship & Immigration Services,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS STIPULATED AND AGREED by and between the undersigned counsel for

the parties to the above-captioned action that the action, shall be and hereby is, dismissed with

prejudice and without costs or attorney's fees to either party.

Dated: New York, New York
      March 3/, 2008

                         By: _____

                            SPIRO SERRAS
                            Wilens & Baker, P.C.
                            Attorneys for Plaintiff
                            450 Seventh Avenue
                            New York, NY 10123
                            Telephone No.: (212) 695-0060

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/08

Dated: New York, New York
       March 31, 2008

                                 MICHAEL J. GARCIA
                                 United States Attorney for the
                                 Southern District of New York
                                 Attorney for Defendant

                       By:       _____
                                 KIRTI VAIDYA REDDY
                                 Assistant United States Attorney
                                 86 Chambers Street, 3rd Floor
                                 New York, NY 10007
                                 Telephone No.:  (212) 637-2751


SO ORDERED:

_____
                          USDJ
              4/2/08

TOTAL P.03